**Edward L. MOSES, Plaintiff–Appellant,**

v.

**Robert HAM; Belinda Dudley; Michael A. Hardee; Michael J. Lamm; Finesse G. Couch, Defendants–Appellees.**

No. 07–7298.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 20, 2007.

Edward L. Moses, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward L. Moses, a North Carolina inmate, appeals the district court's order dismissing his civil rights claim regarding the grievance procedure under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Moses v. Ham*, No. 5:07–ct–03082

(E.D.N.C. filed Aug. 15, 2007; entered Aug. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*